William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

_____X

TERESA BUNAY,


                            V.                        **NOTICE OF**
                                                      **ADOPTION**

4101 AUSTIN BLVD CORPORATION, ET. AL.,
                                                      CASE NUMBER: (AKH)
                                                      08 CV 2578
_____X

PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties,

Inc., Brookfield Financial Properties, L.P., WFP Tower D Co. L.P. and WFP Tower D

Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the

allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the

Master Complaint filed in the above referenced action, hereby adopt the Brookfield

Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the

matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC

102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
    May    6    2008

                    Faust, Goetz, Schenker & Blee, LLP


                    By:  William J. Smith (WJS-9137)
                    Attorneys for the Brookfield Parties
                    Two Rector Street, 20th Floor
                    New York, NY 10006
                    (212) 363-6900