UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
TERESA BUNAY,                                                                                  08CIV2578
                              Plaintiffs,

    - against --

4101 AUSTIN BLVD CORPORATION, ALAN
KASMAN DBA KASCO, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORINGSTEAMATIC
CATASTOPHE, INC. D/B/A BMS
CAT, BOARD OF EDUCATION OF THE CITY
OF NEW YORK, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., DEPARTMENT OF
BUSINESS SERVICES, ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCORESTORATION SERVICES CO.,
LIBERTY VIEW ASSOCIATES, L.P., MERRILL
LYNCH & CO, INC., NEW YORK CITY
SCHOOL CONSTRUCTION AUTHORITY, ONE
WALL STREET HOLDINGS, LLC, RELATED
BPC ASSOCIATES, INC., RELATED
MANAGEMENT CO., LP, SABINE ZERARKA,
SOUTHBRIDGE TOWERS, INC., STRUCTURE
TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THE BANK OF
NEW YORK COMPANY, INC., THE RELATED
COMPANIES, LP, THE RELATED REALTY
GROUP, INC., TRIBECA LANDING L.L.C.,
WESTON SOLUTIONS, INC., WFP TOWER D
CO. G.P. CORP., WFPTOWER D HOLDING CO.
I L.P., WFP TOWER D HOLDING CO. II L.P.,
WFP TOWER D HOLDING I G.P. CORP., AND
WFP TOWER D. CO., L.P., ET AL
                              Defendants.
-------------------------------------------------------------------X
**ENVIROTECH CLEAN AIR'S ANSWER TO COMPLAINT BY ADOPTION**

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       May 23, 2008

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
    Heather L. Smar (4622)